IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAED A. KATTOM                                                          PLAINTIFF

V.                      CASE NO. 4:18-CV-832-JM-BD

RUSSELL JACKSON, *et al*.                                    DEFENDANTS

### ORDER

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

Defendant Hall's motion to dismiss (#29) is DENIED.

IT IS SO ORDERED, this 24th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE