IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAED A. KATTOM**                                                                           **PLAINTIFF**

V.                  **CASE NO. 4:18-cv-832-JM-BD**

**RUSSELL JACKSON,** *et al*.                                             **DEFENDANTS**

**ORDER**

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion to dismiss (#54) is DENIED.

IT IS SO ORDERED, this 17th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE