IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAED A. KATTOM                                                                                    PLAINTIFF

V.                        CASE NO. 4:18-cv-832-JM-BD

RUSSELL JACKSON, *et al*.                                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' second motion to dismiss (#62) is DENIED, as moot, this 16th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE