IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RAED A. KATTOM                                                                 PLAINTIFF

V.                     CASE NO. 4:18-cv-832-JM-BD

RUSSELL JACKSON, *et al*.                                  DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge Beth Deere to grant Defendant Hall's motion for summary judgment. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Hall's motion for summary judgment (#83) is GRANTED, and he is DISMISSED from this lawsuit.

IT IS SO ORDERED, this 19th day of February, 2020.

                                                UNITED STATES DISTRICT JUDGE