IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RAED A. KATTOM**                                                      **PLAINTIFF**

V.               **CASE NO. 4:18-cv-832-JM-BD**

**RUSSELL JACKSON**, *et al*.                                      **DEFENDANTS**

**<u>ORDER</u>**

The Court has received a Recommendation from Magistrate Judge Beth Deere to grant summary judgment on some, but not all, claims. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (#93) is GRANTED, in part, and DENIED, in part. Defendants Johnson and Simms and all official-capacity claims are DISMISSED from this lawsuit. The excessive-force claim against Defendant Jackson in his individual capacity will be set for trial.

IT IS SO ORDERED, this 25th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE